JUAN VALLDEJULI RODRÍGUEZ, demandante y apelante *v.* MUNICIPIO DE TOA ALTA, demandado y apelado.

No. 5642.—*Sometido:* Enero 13, 1932. *Resuelto:* Enero 21, 1932.

*J. Valldejuli,* por su propio derecho; *Hon. Attorney General, James R. Beverley* y *M. Rodríguez Serra, Procurador General Auxiliar,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Este es un caso sobre cobro de dinero por servicios profesionales. Toda vez que el caso fué resuelto a virtud de una excepción previa no puede haber duda alguna de que a instancias del Alcalde de Toa Alta el demandante prestó servicios de los cuales se benefició probablemente el municipio. Toda la cuestión envuelta es la interpretación que debe dársele al artículo 29 de la Ley No. 92 de 1925, como sigue:

"El Alcalde será el jefe ejecutivo y representante del municipio y en tal carácter podrá comparecer y sostener toda clase de acciones y procedimientos ante cualquier funcionario o tribunal de justicia.

"En ningún procedimiento o acción en que sea parte el munici-

pio representado por el alcalde, podrá éste allanarse a la demanda o dejar de contestarla ni someter dicha acción o procedimiento a arbitraje sin el consentimiento de la asamblea municipal ni podrá retribuir los servicios de un abogado que no sea el del municipio sin el consentimiento de la asamblea municipal. Tendrá la inspección y superintendencia de todos lòs servicios municipales. Dictará reglas a las cuales deberán sujetarse los funcionarios y empleados municipales en el cumplimiento de sus deberes y obligaciones, y, además, tendrá a su cargo en los municipios de tercera clase, la dirección de las obras públicas municipales.

"※     ※     ※     ※     ※     ※     ※

Ora se tome en consideración la versión inglesa o la española, es evidente que los alcaldes solamente pueden celebrar contratos con abogados con el consentimiento de las asambleas locales. La intención de la ley fué que sin el consentimiento de la asamblea no debía emplearse ninguna otra persona excepto el abogado municipal. Cualquier abogado que contratara con un municipio estaba obligado a conocer la ley. Es un caso de *lex scripta* y la actuación del alcalde fué en exceso de sus facultades.

*Debe confirmarse la sentencia.*